**Order filed April 1, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

NO. 01-12-00971-CR
_____

**JASON BRIAN CONNOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 8**
**Harris County, Texas**
**Trial Court Cause No. 1791565**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 5.**

The clerk of the Co Crim Ct at Law No 8 is directed to deliver to the Clerk of this court the original of State's Exhibit 5, on or before April 11, 2014**.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 5, to the clerk of the Co Crim Ct at Law No 8.

PER CURIAM